/539

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA )
)
v. ) Criminal No. 08-145
) (18 U.S.C. §2422(b))
ROGER WESLEY FARRIS II )
)

## INDICTMENT

### COUNT ONE

The grand jury charges:

From on or about March 4, 2008, to on or about March 5, 2008, in the Western District of Pennsylvania and elsewhere, the defendant, ROGER WESLEY FARRIS II, did use a facility and means of interstate and foreign commerce, specifically a telephone, to knowingly attempt to persuade, induce, entice, and coerce an individual who had not attained the age of 18 years to engage in sexual activity for which he can be charged with a criminal offense.

In violation of Title 18, United States Code, Section 2422(b).

A True Bill,

_____
FOREPERSON

_____
MARY BETH BUCHANAN
United States Attorney
PA ID No. 50254